IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORBIN LANE CURRY**                                              **PLAINTIFF**

**v.**                      **Case No: 4:24-cv-00057-JM**

**COOPER,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 13th day of March, 2024.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE