IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORBIN LANE CURRY**                                                                                   **PLAINTIFF**

v.                              Case No: 4:24-cv-00057-JM-PSH

**COOPER**, *et al.*                                                                                   **DEFENDANTS**

## ORDER

Plaintiff Corbin Lane Curry filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 24, 2024 (Doc. No. 2). On January 25, 2024, the Court entered an order directing Curry to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days. *See* Doc. No. 3. Because he did not do so, his case was dismissed on March 13, 2024. *See* Doc. Nos. 4-5. On March 14, 2024, Curry filed a motion to compel the Saline County Detention Center to provide the required financial information for his application to proceed IFP (Doc. No. 7). His case was then reopened (Doc. No. 8), and he was given thirty days to file a complete IFP application or pay the full filing and administrative fees. *See* Doc. No. 9. A copy of that order was sent to the Saline County Sheriff so that jail staff could be instructed to assist Curry with the required financial information. *Id.* Curry was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Curry has not complied or otherwise responded to the March 14 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power

to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Curry's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 2nd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE