IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORBIN LANE CURRY**                                                                 **PLAINTIFF**

**v.**                                    **Case No: 4:24-cv-00057-JM**

**COOPER,** *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 2nd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE